IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARYANN LOSSER,                          )
                        Plaintiff,       )
                                         )
        vs.                              )        Civil Action No. 07-1473
                                         )        Judge Terrence F. McVerry/
MICHAEL J. ASTRUE, Commissioner          )        Magistrate Judge Amy Reynolds Hay
of Social Security,                      )
                        Defendant.       )

# O R D E R

AND NOW, this 12th day of August, 2008, after the plaintiff, Maryann Losser,

filed an action in the above-captioned case, and after cross-motions for summary judgment were

submitted by the parties, and after a Report and Recommendation was filed by the United States

Magistrate Judge granting the parties until August 8, 2008, to file written objections thereto, and

upon consideration of the objections filed by the plaintiff, and upon independent review of the

record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is

adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the motion for summary judgment filed on behalf

of the plaintiff [Dkt. 13] is DENIED, and that the motion filed on behalf of the defendant [Dkt.

15] is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the plaintiff desires to appeal from this Order she must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.


                                          s/ Terrence F. McVerry
                                         Terrence F. McVerry
                                         United States District Judge

cc:    Honorable Amy Reynolds Hay
       United States Magistrate Judge

       All Counsel of Record by electronic filing